IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**ROBERT VIGIL,**

    Plaintiff,

v.                                                                            **No. 20-cv-1265 PJK/SMV**

**CITY OF ESPAÑOLA,**
**CITY OF ESPAÑOLA POLICE DEPARTMENT,**
**RAYMOND ROMERO, SALLY BAXTER,**
**and MARK TRUJILLO,**

    Defendants.

## ORDER SETTING TELEPHONIC STATUS CONFERENCE

    **Date and time**:      November 29, 2021, at 1:30 p.m. MST

    **Matter to be heard**:  Status Conference

    A telephonic status conference is hereby set for **November 29, 2021, at 1:30 p.m. MST**. Counsel must call the Court's AT&T Conference Line, **(888) 363-4734 (access code: 4382538)**, to connect to the proceedings. Parties shall be prepared to discuss the status of discovery and whether to schedule a settlement conference. Counsel are reminded to have their calendars available for the hearing, as well as the calendar of any other person whose presence will be required at the settlement conference.

    **IT IS SO ORDERED.**

                                                                **STEPHAN M. VIDMAR**
                                                                **United States Magistrate Judge**